IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| S.T.A, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV203 |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHERN NATURAL GAS COMPANY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Badger Daylighting Corporation has filed a motion to intervene, (filing no. 22), along with its proposed complaint in intervention, (filing no. 24-1). Plaintiff S.T.A, Inc. does not object to the motion to intervene, (filing no. 25). Defendant Northern National Gas Company has not responded to the motion, and the deadline for responding has passed. Badger Daylighting Corporation's motion to intervene is therefore deemed unopposed.

    IT IS ORDERED:

1) Badger Daylighting Corporation's motion to intervene, (filing no. 22), is granted. Badger's proposed complaint in intervention, (filing no. 24-1), shall be filed on or before September 30, 2010, and any response thereto shall be filed on or before October 14, 2010.

2) Badger's mandatory disclosures shall be served on or before October 21, 2010. All other deadlines set forth in the court's progression order, (filing no. 21), remain in effect and binding on all parties, including intevening party Badger Daylighting Corporation.

DATED this 23rd day of September, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge