# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| S.T.A., INC., | ) | CASE NO. 8:10CV203 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER AND |
| | ) | FINAL JUDGMENT |
| NORTHERN NATURAL GAS CO., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| BADGER DAYLIGHTING CORP., | ) | |
| | ) | |
| Intervenor. | ) | |

This matter is before the Court on the parties' Joint Motion and Stipulation for Dismissal (Filing No. 48). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs, expenses, and attorney and expert fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Motion and Stipulation for Dismissal (Filing No. 48) is granted;

2. This action, including all claims, defenses, counterclaims, and claims asserted by intervention, is dismissed with prejudice; and

3. The parties will pay their own costs, expenses, and attorney and expert fees.

DATED this 3rd day of January, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge